IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARYL O. NORRIS,

    Plaintiff,

v.

BRITANY WOLFE, BILL LAZAR,
LANCE WIERSNA, DENISE SYNDOM
AND JOSEPH GRUETZMACHER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-177-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Britany Wolfe, Bill Lazar, Lance Wiersna, Denise Syndom and Joseph Gruetzmacher dismissing plaintiff Daryl O. Norris's proposed complaint for failure to state a claim upon which relief may be granted.

| /s/ | 7/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |